THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 JUN -2 | A 9: 18
US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| CANCERFORSKNINGFONDEN AF 1989, ) | |
| and ) | |
| BAYER HEALTHCARE LLC, ) Plaintiffs ) | Civil Action No.: 303CV0320 (AHN) |
| v. ) | |
| AMERICAN DIAGNOSTICA INC. ) Defendants ) | |

**DEFENDANT AMERICAN DIAGNOSTICA INC.'S MOTION TO BIFURCATE TRIAL AND DISCOVERY ON THE ISSUES OF LIABILITY, DAMAGES AND WILLFUL INFRINGEMENT**

Defendant American Diagnostica Inc. ("ADI") moves this Honorable Court for an (1) order bifurcating this action into a first phase comprising a liability phase and a second phase comprising the issues of damages and willful infringement; and (2) an order staying all discovery on the issues of willful infringement and damages pending the completion of the liability phase.

As grounds therefore, ADI relies upon the pleadings filed to date and its contemporaneously filed Memorandum of Law in Support of Defendant American Diagnostica Inc.'s Motion to Bifurcate Trial and Discovery on the Issues of Liability, Damages and Willful Infringement and the contemporaneously filed Declaration of Daniel E. Bruso, Esquire.

**ORAL ARGUMENT REQUESTED**       1

*[Handwritten margin annotation: 3/18/2004 DENIED without prejudice to renewal. SO ORDERED. Alan H. Nevas, U.S.D.J.]*

*[Stamp: FILED 2004 MAR 19 P 3: 27 U.S. DISTRICT COURT BRIDGEPORT, CONN.]*