IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED
2003 MAY 22 P 12: 28
US DISTRICT COURT
BRIDGEPORT, CT

| | | |
|---|---|---|
| CANCERFORSKNINGFONDEN AF 1989 | ) ) ) | |
| and | ) ) | CIVIL ACTION NO.: 303CV0320 AHN |
| BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) ) | |
| v. | ) ) | |
| AMERICAN DIAGNOSTICA, INC., | ) ) | MAY 22, 2003 |
| Defendant. | ) | |

**Form 26(f)**
**REPORT OF PARTIES' PLANNING MEETING**

Complaint Filed:            February 24, 2003

Complaint Served:           February 28, 2003

of Defendant's Appearance:  April 21, 2003

Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 16, a conference was

held May 7, 2003. The participants were:

Kathleen Carr, Edwards & Angell, for plaintiff Cancerforskningfonden AF 1989 (hereinafter "The Foundation");

Lynn Morreale and Angela Verrecchio, Woodcock Washburn LLP, for plaintiff Bayer Healthcare, LLC (hereinafter "Bayer Healthcare"); and

William J. Cass, Cantor Colburn LLP, for defendant American Diagnostica, Inc. (hereinafter "ADI").

APPROVED. SO ORDERED.
Discovery cutoff date 6-15-04
Dispositive Motions due by 7-15-04
3/22/04
ALAN H. NEVAS, U.S.D.J.

FILED
2004 MAR 23 P 4: 30
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

1