IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CANCERFORSKNINGSFONDEN AF 1989 | ) ) ) | |
| and | ) ) | CIVIL ACTION NO. 303CV0320 (AHN) |
| BAYER HEALTHCARE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN DIAGNOSTICA INC., | ) ) | MAY 7, 2004 |
| Defendant. | ) ) | |

**PLAINTIFFS' MOTION FOR AN
EXTENSION OF TIME OF THE DISCOVERY SCHEDULE**

Plaintiffs Cancerforskningfonden AF 1989 (hereinafter "Foundation") and Bayer Healthcare LLC (hereinafter "Bayer Healthcare") (collectively "Plaintiffs"), by and through their attorneys, hereby request an extension of time to extend the Court Ordered Discovery Schedule, as entered by this Court on July 31, 2003, and amended on March 22, 2004. Plaintiffs have conferred with Defendant American Diagnostica Inc. ("ADI") which does not oppose this motion. This is the first such requested extension by the Plaintiffs.

With the assistance of Magistrate Judge Fitzsimmons, the Parties have been engaged in active and on-going settlement negotiations for several months. Although settlement negotiations are progressing and virtually complete, the settlement is not yet consummated. In view of the parties proximity to a final settlement of this matter, however, plaintiffs believe that spending money and other resources on discovery should not be necessary and will result in a waste of time and resources of both the parties and the Court. The additional time also is required

because *no* discovery has been taken to date because on June 23, 2003, the Court stayed discovery pending completion of settlement negotiations. (June 23, 2003 teleconference with Judge Nevas).

Accordingly, Plaintiffs request an extension of time in accordance with the schedule set forth below.

|  | **Deadline** | **Requested Extended Deadline** |
|---|---|---|
| Fact discovery completed (not propounded) | June 15, 2004 | December 15, 2004 |
| Identification of experts | February 20, 2004 | August 15, 2004 |
| Exchange of claim construction expert reports, if any | April 2, 2004 | September 15, 2004 |
| Exchange of claim construction opening briefs | April 16, 2004 | September 30, 2004 |
| Exchange of claim construction reply briefs | May 21, 2004 | October 28, 2004 |
| Markman hearing and technology tutorial (or as soon thereafter as convenient to the Court) | June 4, 2004 | December 7, 2004 |
| Expert reports on issues upon which a party bears burden (or 30 days after claim construction, whichever is later) | August 6, 2004 | January 31, 2005 |
| Rebuttal expert reports | September 24, 2004 (or 30 days after initial expert reports, whichever is later) | February 28, 2005 (or 30 days after initial expert reports, whichever is later) |
| Close of expert discovery | October 15, 2004 (or 21 days after initial expert reports, whichever is later) | March 30, 2005 (or 21 days after initial expert reports, whichever is later) |

| | | |
|---|---|---|
| Dispositive motion opening briefs (or 30 days after expert discovery close, whichever is later) | July 15, 2004 | May 16, 2005 |
| Dispositive motion response briefs (or 15 days after dispositive motion opening briefs, whichever is later) | December 3, 2004 | June 16, 2005 |
| Dispositive motion reply briefs (or 7 days after dispositive motion response briefs, whichever is later) | December 10, 2004 | June 30, 2005 |
| Joint trial memorandum (or 7 days after dispositive motion reply briefs, whichever is later) | December 23, 2004 | September 1, 2005 |
| Pretrial conference | January 7, 2005 | September 15, 2005 |
| Trial Ready Date | January 24, 2005 | October 3, 2005 |

Respectfully Submitted,

*/s/ Glenn M. Cunningham*
Glenn M. Cunningham
Fed. Bar No. ct09995
Patrick M. Fahey
Fed. Bar No. ct13862
SHIPMAN & GOODWIN LLP
One American Row
Hartford, CT 06103
(860)251-5722
(860)251-5600 (fax)
gcunningham@goodwin.com

Dale M. Heist
Lynn B. Morreale
Angela Verrecchio
WOODCOCK WASHBURN LLP
One Liberty Place- 46th Floor
Philadelphia, PA 19103
(215)568-3100
(215)568-3439

Attorneys for Plaintiff
BAYER HEALTHCARE LLC

*Kathleen B. Carr (GMC)*
Kathleen B. Carr, Esq.
Federal Bar No. ct24583
Edwards & Angell LLP
101 Federal Street
Boston, MA 02100
(617)951-3326

Attorney for Plaintiff
CANCERFORSKNINGSFONDEN AF 1989

## CERTIFICATION OF SERVICE

I hereby certify that, on this 7th day of May, 2004, I served a copy of Plaintiff's Motion For An Extension Of Time Of The Discovery Schedule via First Class Mail, postage prepaid, upon:

Dale M. Heist
Lynn B. Morreale
Angela Verrecchio
WOODCOCK WASHBURN LLP
One Liberty Place
46th Floor
Philadelphia, PA 19013

Kathleen B. Carr
EDWARDS & ANGELL LLP
101 Federal Street
Boston, MA 02110

William E. Murray
EDWARDS & ANGELL LLP
90 State House Square
9th Floor
Hartford, CT 06103

Edgar H. Haug
Sandra Kuzmich
Francine S. Adler
FROMMER LAWRENCE & HAUG LLP
745 Fifth Ave.
New York, NY 10151

_____
Glenn M. Cunningham

371390 v1