**WOODCOCK WASHBURN**
INTELLECTUAL PROPERTY LAW

PHILADELPHIA
One Liberty Place, 46th Floor
Philadelphia, PA 19103
215-568-3100
Fax: 215-568-3439

SEATTLE
999 Third Avenue, Suite 1606
Seattle, WA 98104
206-332-1380
Fax: 206-624-7317

LYNN MORREALE
PHILADELPHIA OFFICE
215-564-8274
morreale@woodcock.com

May 7, 2004

**BY HAND**

The Honorable Alan H. Nevas
Senior Judge
United States District Court for the District Of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

    Re:    *Cancerforskningsfonden AF 1989 and Bayer Healthcare LLC v. American Diagnostic Inc.*
            Case No. 303 CV 0320 AHN

Dear Judge Nevas:

    Enclosed is a copy of Plaintiffs' joint Motion For an Extension of Time of the Discovery Schedule. Plaintiffs seek the extension of time of the discovery schedule because, with the assistance of Magistrate Judge Fitzsimmons, the parties have been engaged in active and on-going settlement negotiations for several months. Although settlement negotiations are progressing and virtually complete, the settlement is not yet consummated. In view of the parties proximity to a final settlement of this matter, however, plaintiffs believe that spending money and other resources on discovery should not be necessary and will result in a waste of time and resources of both the parties and the Court. The additional time also is required because no discovery has been taken to date because on June 23, 2003, the Court stayed discovery pending completion of settlement negotiations. (June 23, 2003 teleconference with Judge Nevas).

WOODCOCK WASHBURN LLP
A Partnership Including Professional Corporations
www.woodcock.com

Earlier this week, the undersigned spoke with Magistrate Judge Fitzsimmons and informed her about the status of settlement discussions and the proposed motion. At the Magistrate Judge's request, a copy of the enclosed motion is being forwarded to her.

Respectfully submitted,

Lynn Morreale

Enclosure

cc:   Clerk of the Court (By hand)
      Magistrate Holly B. Fitzsimmons (By hand)
      Kathleen B. Carr (By facsimile and first class mail)
      William Murray (By facsimile and first class mail)
      Sandra Kuzmich (By facsimile and first class mail)
      Glenn Cunningham (By facsimile)