#53

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANCERFORSKNINGSFONDEN AF 1989 | ) |
| and | ) |
| BAYER HEALTHCARE LLC, | ) CIVIL ACTION NO. 303CV0320 (AHN) |
| Plaintiffs, | ) |
| v. | ) |
| AMERICAN DIAGNOSTICA INC., | ) MAY 7, 2004 |
| Defendant. | ) |

FILED 2004 MAY 12 ... U.S. DISTRICT COURT BRIDGEPORT, CONN.

FILED 2004 MAY -7 P 2:54 U.S. DISTRICT COURT BRIDGEPORT, CONN.

Motion Granted.
Discovery cutoff date 12-15-04
Dispositive Motions due by 3-16-05
SO ORDERED 5/12/04
_____ ALAN H. NEVAS, U.S.D.J.

**PLAINTIFFS' MOTION FOR AN
EXTENSION OF TIME OF THE DISCOVERY SCHEDULE**

Plaintiffs Cancerforskningfonden AF 1989 (hereinafter "Foundation") and Bayer

[Healthca]re LLC (hereinafter "Bayer Healthcare") (collectively "Plaintiffs"), by and through their

[counsel], hereby request an extension of time to extend the Court Ordered Discovery Schedule,

[entered] by this Court on July 31, 2003, and amended on March 22, 2004. Plaintiffs have

[conferred] with Defendant American Diagnostica Inc. ("ADI") which does not oppose this

[motion.] This is the first such requested extension by the Plaintiffs.

[W]ith the assistance of Magistrate Judge Fitzsimmons, the Parties have been engaged in

[protracted] on-going settlement negotiations for several months. Although settlement negotiations

[are progre]ssing and virtually complete, the settlement is not yet consummated. In view of the

parties proximity to a final settlement of this matter, however, plaintiffs believe that spending

money and other resources on discovery should not be necessary and will result in a waste of

time and resources of both the parties and the Court.  The additional time also is required