UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cancerforskningfonden AF 1989, et al

V.                          Case Number: 3:03cv320 AHN

American Diagnostica, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on July 29, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on August 28, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, July 29, 2004.

KEVIN F. ROWE, CLERK

By: _____
    Diane Kolesnikoff
    Deputy Clerk