IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| CANCERFORSKNINGSFONDEN AF 1989 <br><br> and <br><br> BAYER HEALTHCARE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN DIAGNOSTICA INC., <br><br> Defendant. | Civil Action No. 303CV0320 AHN |

**STIPULATED MOTION FOR VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Cancerforskningsfonden AF 1989 (the "Foundation") and Bayer Healthcare LLC ("Bayer Healthcare"), and Defendant American Diagnostica Inc. ("ADI"), through their respective counsel of record, have executed a Settlement Agreement with an effective date of _____ providing a settlement of the matters here in issue, and have agreed to the entry of this Stipulated Dismissal. It is, upon the consent of the parties in interest, through their respective attorneys, hereby ORDERED AND DECREED that:

1. This Court has jurisdiction over the parties hereto and the subject matter of this action;

2. All claims and counterclaims asserted by the Foundation and Bayer Healthcare and ADI are hereby dismissed with prejudice; and

3. Each party shall bear its own costs in connection with the prosecution and defense of this action.

1

Respectfully submitted,

                              FOR PLAINTIFF
                              BAYER HEALTHCARE LLC

Dated: August 24, 2004        By: _____
                                      Glenn M. Cunningham
                                      Fed. Bar No. ct 09995
                                      Patrick M. Fahey
                                      Fed. Bar No. ct 13862
                                      SHIPMAN & GOODWIN LLP
                                      One American Row
                                      Hartford, CT 06103
                                      (860) 251-5722
                                      (860) 251-5600 (fax)


                              FOR PLAINTIFF
                              CANCERFORSKNINGSFONDEN AF 1989

Dated: August 27, 2004        By: _____
                                 William E. Murray    Kathleen B. Carr
                                 Fed. Bar No. ct 19717  (Pro Hac Vice)
                                 EDWARDS & ANGELL LLP Edwards & Angell, LLP
                                 90 State House Square, 9th Floor, 90 State House Sq.
                                 Hartford, CT 06103    Hartford, CT 06103
                                 (860) 525-5065        (860) 525-5065
                                 (860) 527-4198 (fax)  (860) 527-4198 fax


                              FOR DEFENDANT
                              AMERICAN DIAGNOSTICA INC.

Dated: July 22, 2004          By: _____
                                      Joseph C. Gasparrini
                                      Fed. Bar No. ct 25076
                                      20 Brinckerhoff Avenue
                                      Stamford, CT 06905
                                      (203) 968-8830
                                      (203) 968-8704 (fax)

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED:

DATED: _____

                                                                     _____
                                                                     THE HONORABLE ALAN H. NEVAS
                                                                     Judge of the United States District Court for
                                                                     the District of Connecticut

## CERTIFICATE OF SERVICE

      This is to certify that a copy of the foregoing Defendants' Objections and Responses to Plaintiff's Third Request for Production of Documents was sent mailed first class mail, postage prepaid, to:

Glenn M. Cunningham  
Patrick M. Fahey  
Shipman & Goodwin LLP  
One American Row  
Hartford, CT 06103

Joseph C. Gasparrini  
20 Brinckerhoff Avenue  
Stamford, CT 06905

this 27th day of August, 2004.

                                                        Kathleen Carr /WEC  
                                                        Kathleen B. Carr