## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

2004 AUG 27 P 3: 54

| | |
|---|---|
| CANCERFORSKNINGSFONDEN AF 1989 | ) |
| | ) |
| and | ) |
| | ) Civil Action No. 303CV0320 AHN |
| BAYER HEALTHCARE LLC, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN DIAGNOSTICA INC., | ) |
| | ) |
| Defendant. | ) |

### STIPULATED MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs

Cancerforskningsfonden AF 1989 (the "Foundation") and Bayer Healthcare LLC ("Bayer

Healthcare"), and Defendant American Diagnostica Inc. ("ADI"), through their respective

counsel of record, have executed a Settlement Agreement with an effective date of

_____ providing a settlement of the matters here in issue, and have agreed to

the entry of this Stipulated Dismissal. It is, upon the consent of the parties in interest, through

their respective attorneys, hereby ORDERED AND DECREED that:

1.      This Court has jurisdiction over the parties hereto and the subject matter of this

action;

2.      All claims and counterclaims asserted by the Foundation and Bayer Healthcare

and ADI are hereby dismissed with prejudice; and

3.      Each party shall bear its own costs in connection with the prosecution and defense

of this action.

1

Respectfully submitted,

FOR PLAINTIFF
BAYER HEALTHCARE LLC

Dated: *August 24*, 2004

By: _____
Glenn M. Cunningham
Fed. Bar No. ct 09995
Patrick M. Fahey
Fed. Bar No. ct 13862
SHIPMAN & GOODWIN LLP
One American Row
Hartford, CT 06103
(860) 251-5722
(860) 251-5600 (fax)

FOR PLAINTIFF
CANCERFORSKNINGSFONDEN AF 1989

Dated: *August 27*, 2004

By: _____
William E. Murray         Kathleen B. Carr
Fed. Bar No. ct 19717      (Pro Hac Vice)
EDWARDS & ANGELL LLP Edwards & Angell, LLP
90 State House Square, 9th Floor, 90 State House Sq.
Hartford, CT 06103          Hartford, CT
(860) 525-5065             06103
(860) 527-4198 (fax)       (860) 525-5065
                           (860) 527-4198 fax

FOR DEFENDANT
AMERICAN DIAGNOSTICA INC.

Dated: *July 22*, 2004

By: _____
Joseph C. Gasparrini
Fed. Bar No. ct 25076
20 Brinckerhoff Avenue
Stamford, CT 06905
(203) 968-8830
(203) 968-8704 (fax)

2

**ORDER**

PURSUANT TO STIPULATION IT IS SO ORDERED:

DATED: ___9/14/04___

_____
THE HONORABLE ALAN H. NEVAS
Judge of the United States District Court for
the District of Connecticut

3